UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEITH PAUL BIRD, | Case No.: 2:21-cv-00108-APG-DJA |
|---|---|
| Plaintiff | **Order Denying Motions for Entry of Default and Default Judgment** |
| v. | |
| DIRECTOR DANIELS, et al., | [ECF Nos. 12, 13] |
| Defendants | |

Plaintiff Keith Bird moves for entry of clerk's default and for default judgment. ECF Nos. 12, 13. Pursuant to 28 U.S.C. § 1915A, the court must screen Bird's complaint before it is served on the defendants. Bird's complaint is currently in line for screening. But as this case is currently at a prescreening stage, and the defendants have not yet been served, default and default judgment are inappropriate at this time. I therefore deny Bird's motions for entry of default and default judgment.

I THEREFORE ORDER that plaintiff Keith Bird's motions for entry of clerk's default and for default judgment **(ECF Nos. 12, 13) are DENIED**.

DATED this 1st day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE