AARON D. FORD
  Attorney General
CHRIS DAVIS (Bar No. 6616)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Alfonso Alvarez, Jason Arrey, Robert Ashcraft, Stacy Barrett, Jay Barth, Jeremy Bean, Jessie Brightwell, Willie Clayton, Jacob Corey, Charles Daniels, Christopher Flynn, Benedicto Gutierrez, Monique Hubbard-Pickett, Calvin Johnson, Gregory Martin, Michael Minev, Teddy Miro, Ty Nakatani, Dean Ontiveros, Ariel Ortiz, Gary Piccinini, Steve Prentice, Konelio Salavea, Gustavo Sanchez, and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD, | Case No. 2:21-cv-00108-ART-DJA |
| Plaintiff, | |
| v. | **MOTION TO EXTEND TIME TO FILE MEDIATION BRIEF** (First Request) |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

Defendants, Alfonso Alvarez, Jason Arrey, Robert Ashcraft, Stacy Barrett, Jay Barth, Jeremy Bean, Jessie Brightwell, Willie Clayton, Jacob Corey, Charles Daniels, Christopher Flynn, Benedicto Gutierrez, Monique Hubbard-Pickett, Calvin Johnson, Gregory Martin, Michael Minev, Teddy Miro, Ty Nakatani, Dean Ontiveros, Ariel Ortiz, Gary Piccinini, Steve Prentice, Konelio Salavea, Gustavo Sanchez, and Harold Wickham, hereby move, pursuant to Fed. R. Civ. P. 6(b) and Local Rules IA 6-1 to extend the

///
///
///

deadline to file their mediation brief established by Court Order (ECF No. 23) by seven (7) days from Friday, May 13, 2022, to Friday, May 20, 2022.

DATED this 13th day of May, 2022.

AARON D. FORD
Attorney General

By: /s/ Chris Davis
CHRIS DAVIS (Bar No. 6616)
Deputy Attorney General

*Attorneys for Defendants*

## POINTS AND AUTHORITY

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made, before the original time or its extension expires."  Defendants seek a seven (7) day extension to the deadline to file their mediation brief established by Court Order (ECF No. 23).   Good cause is present to grant an extension because this case involves three (3) claims with thirty-two individual defendants.   While counsel for Defendants has diligently attempted to timely complete with the deadline, counsel has not yet secured all of the documents necessary to draft the mediation brief.   Plaintiff will not be prejudiced because the contents of the brief is confidential.  As the medication is scheduled on May 27, 2022, the mediator will still have one week to review the ten (10) page brief prior to the mediation.   Accordingly, Defendants respectfully request that the extension be granted for good cause.   *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010) (holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

///

///

///

## **CONCLUSION**

For the forgoing reasons, and for GOOD cause appearing, the Defendants respectfully request to extend the deadline to file their mediation brief established by Court Order (ECF No. 23) by seven (7) days from Friday, May 13, 2022, to Friday, May 20, 2022.

DATED this 13th day of May, 2022.

AARON D. FORD
Attorney General

By: /s/ Chris Davis
CHRIS DAVIS (Bar No. 6616)
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  May 16, 2022

_____
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 13, 2022, I electronically filed the foregoing **MOTION TO EXTEND TIME TO FILE MEDIATION BRIEF (First Request)** via this Court's electronic filing system.  Parties who are registered with this Court's electronic filing system will be served electronically.

Keith Bird, #84555
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
Email: lcclawlibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General