AARON D. FORD
   Attorney General
CHRIS DAVIS (Bar No. 6616)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Alfonso Alvarez, Jason Arrey, Robert Ashcraft, Stacy Barrett, Jay Barth, Jeremy Bean, Jessie Brightwell, Willie Clayton, Jacob Corey, Charles Daniels, Christopher Flynn, Benedicto Gutierrez, Monique Hubbard-Pickett, Calvin Johnson, Gregory Martin, Michael Minev, Teddy Miro, Ty Nakatani, Dean Ontiveros, Ariel Ortiz, Gary Piccinini, Steve Prentice, Konelio Salavea, Gustavo Sanchez, and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEITH PAUL BIRD, | Case No. 2:21-cv-00108-ART-DJA |
| Plaintiff, | |
| v. | ORDER APPROVING STIPULATION TO DISMISS WITH PREJUDICE |
| CHARLES DANIELS, *et al.*, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between Defendants Alfonso Alvarez, Jason Arrey, Robert Ashcraft, Stacy Barrett, Jay Barth, Jeremy Bean, Jessie Brightwell, Willie Clayton, Jacob Corey, Charles Daniels, Christopher Flynn, Benedicto Gutierrez, Monique Hubbard-Pickett, Calvin Johnson, Gregory Martin, Michael Minev, Teddy Miro, Ty Nakatani, Dean Ontiveros, Ariel Ortiz, Gary Piccinini, Steve Prentice, Konelio Salavea, Gustavo Sanchez, and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Deputy Attorney General, and Plaintiff Keith Paul Bird, # 84555, *pro se*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

1. That the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs; and

2. That Plaintiff not be assessed filing fees.

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED this 27 day of May, 2022.        DATED this 25th day of ~~May,~~ July 2022

By: _____        By: _____
KEITH PAUL BIRD, # 84555                    CHRIS DAVIS, Bar No. 6616
Plaintiff, *Pro Se*                         Deputy Attorney General

AARON D. FORD
Attorney General

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 26, 2022